JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TETSUO OSAKI,<br><br>    Plaintiff,<br><br>  v.<br><br>THE SAN BERNARDINO COUNTY SHERIFF DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 5:23-cv-00121-FMO-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated: August 8, 2023

          /s/
         HONORABLE FERNANDO M. OLGUIN
         United States District Judge